UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Dwonna Johnson, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

- against -

Doherty Breads, LLC, and Bryan Aloia,

                              *Defendants.*
----------------------------------------------------------------X

Case No.: 22-cv-03397

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Doherty Breads, LLC, and Bryan Aloia (collectively, the "Defendants") (collectively, the "Defendants"), having offered to allow Plaintiff Dwonna Johnson (together, the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Nine Thousand Five Hundred Dollars ($9,500.00) (the "Judgment Amount");

      WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                                  LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                By: _____
                                       Jason Mizrahi
                                       60 East 42nd Street, Suite 4700
                                       New York, NY 10165
                                       Tel. No.:  (212) 792-0048
                                       Email: Jason@levinepstein.com
                                       *Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.