UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Dwonna Johnson, on behalf of herself and others
similarly situated in the proposed FLSA
Collective Action,

                    Plaintiff,                JUDGMENT

v.                                                  22-cv-03397-HG

Doherty Breads, LLC, and Bryan Aloia,

                    Defendants.
---------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 29, 2023; and defendants, Doherty Breads, LLC, and Bryan Aloia, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Dwonna Johnson in the total sum of Nine Thousand Five Hundred Dollars ($9,500.00); it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Dwonna Johnson and against defendants, Doherty Breads, LLC, and Bryan Aloia, in the total sum of Nine Thousand Five Hundred Dollars ($9,500.00).

Dated: Brooklyn, New York                                      Brenna B. Mahoney
        July 10, 2023                                                Clerk of Court

                                                                       By:    */s/Jalitza Poveda*
                                                                                Deputy Clerk